NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTINA PAYLAN,                          )
                                           )
            Appellant,                     )
                                           )
v.                                         )          Case No. 2D17-4117
                                           )
BRIAN BISHOP, in his individual            )
capacity, and MARK DETRIO, in his          )
individual capacity,                       )
                                           )
            Appellees.                     )
_____    )


Opinion filed January 4, 2019.

Appeal from the Circuit Court for
Hillsborough County; Gregory P. Holder,
Judge.

Christina Paylan, pro se.

Andrew I. Dayes of Dayes Law Firm,
PLLC, Clearwater, for Appellees.


PER CURIAM.


            Affirmed.


NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.